UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY,
GEICO GENERAL INSURANCE COMPANY, and
GEICO CASUALTY COMPANY,

    Docket No.: 1:21-cv-01341 (BMC)

    Plaintiffs,

-against-

VIP PHARMACY CORP., YELENA MOSHEYEVA,
DNA PHARMACY INC., OLEG LIVEYEV and JOHN
DOES "1" THROUGH "5,"

    Defendants.
-----------------------------------------------------------------X

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

    Pursuant to Fed. R. Civ. P. 41, Plaintiffs, Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company and GEICO Casualty Co. (collectively, the "Plaintiffs"), hereby dismiss, without prejudice, all claims in this action asserted by Plaintiffs against Defendants VIP Pharmacy Corp., Yelena Mosheyeva, DNA Pharmacy Inc., and Oleg Liveyev.

Dated: May 25, 2021

| RIVKIN RADLER LLP | ABRAMS, FENSTERMAN, FENSTERMAN, EISMAN, FORMATO, FERRARA, WOLF & CARONE, LLP |
|---|---|
| By: /s/ Michael A. Sirignano | By: /s/ Mark L. Furman |
| Michael Sirignano, Esq. | Mark L. Furman, Esq. |
| Priscilla Kam, Esq. | 1 MetroTech Center, Suite 1701 |
| 926 RXR Plaza | Brooklyn, New York 11201 |
| Uniondale, New York 11556 | *Attorneys for Defendants* |
| *Attorneys for Plaintiffs* | |